March 27, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MAURICE SCHRUBEN, Appellant

NO. 14-11-00802-CV                    V.

MARY AGNES SCHRUBEN, Appellee

———————————

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 23, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by MAURICE SCHRUBEN.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.